[No. 31956-0-II.  Division Two.  August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LOUIS SANTANA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00689-2, Christine A. Pomeroy, J., entered July 9, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 21687-0-III.  Division Three.  August 4, 2005.]

*In the Matter of the Personal Restraint of* CARL YOUNG LANGENDORF, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 23010-4-III.  Division Three.  August 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER C. VANGUILDER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03171-5, Jerome J. Leveque, J., entered April 23, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23250-6-III.  Division Three.  August 4, 2005.]

EXPRESS BUILDING SUPPLY, INC., *Appellant*, v. TRAVIS SMITH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-2-00417-1, Evan E. Sperline, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.